United States District Court
for the
Southern District of Illinois

| | |
|---|---|
| THOMAS R. LANGSTON, | ) |
| Plaintiff, | ) Case Number: 14-cv-00763-MJR-PMF |
| v. | ) |
| UNION PACIFIC RAILROAD COMPANY, | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL ACTION**

This cause of action is dismissed with prejudice as a result of the parties' settlement.

Each party shall bear his or its own costs, unless otherwise provided in the settlement documents.

Dated: December 7, 2015

Justine Flanagan, Acting Clerk of Court
s/ Debbie DeRousse
Deputy Clerk

Approved: _M_ _/s/_____
Michael J. Reagan, U.S. District Judge